# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY DUNCAN | CRIMINAL ACTION<br>NO. 16-274 |

## ORDER

AND NOW, this 14th day of July 2022, upon consideration of Defendant Jeffrey Duncan's Motion for Early Termination of Supervised Release (ECF 4), the Government's response (ECF 7), and the factors identified in 18 U.S.C. § 3553(a), it is **ORDERED** that the motion is **DENIED** consistent with the accompanying memorandum of law.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.